KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
JASON HICKS, ESQ.
Nevada Bar No. 13149
jh@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, NV 89012

*Attorneys for Aquail Harris*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>AQUAIL JAMAR HARRIS<br><br>Defendant. | CASE NO.: 2:17-CR-00160-JAD-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING**<br><br>**(Second Request)** |

Aquail Harris, by and through his counsel of record, Kathleen Bliss, Esq., of the law firm Kathleen Bliss Law PLLC; and the United States of America, by and through Assistant United States Attorney Phillip Smith, and Lisa Gartier-Giroux hereby stipulate and request that the Court vacate Mr. Harris's sentencing hearing currently set for April 30, 2018, at 11:00 a.m., and continue it to a later time convenient with the Court, but not less than thirty (30) days from the current setting, and not before the week of May 7, 2018.

This stipulation is made and based upon the following:

1. On November 15, 2017, Mr. Harris entered a plea of guilty to the Indictment charging him with, Interference with Commerce by Robbery, in violation 18 U.S.C. §§ 1951, Use of a Firearm During and in Relation to a Crime of Violence in violation 18 U.S.C §§ 924(c)(1)(A) and Conspiracy to Interfere with Commerce by Robbery, in violation of 18 U.S.C. § 1951.

2. Counsel for Mr. Harris is in Pennsylvania for trial in the case of *Commonwealth v.*

*William H. Cosby*., CP-46-3932 likely the end of April and possibly into May.

3. Mr. Harris is in custody pending sentencing, but he does not object to this continuance.

4. This is the second request for a continuance of the sentencing. The additional time requested herein is not sought for purposes of delay.

5. In light of the above, the parties stipulate to continue Mr. Harris's sentencing hearing to a later date convenient to the Court, but not sooner than May 7, 2018.

Dated this 25th day of April 2018.

*/s/ Phillip Smith*
PHILLIP SMITH
Counsel for the United States

*Kathleen Bliss*
KATHLEEN BLISS
Counsel for Aquail Harris

*/s/ Lisa Gartier-Giroux*
LISA GARTIER_GIROUX
Counsel for the United States

## ORDER

Based upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED that Mr. Harris's sentencing hearing currently set for April 30, 2018, be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that the sentencing hearing is reset for June 12, 2018, at the hour of 9:00 a.m.

IT IS SO ORDERED.

DATED: 4/25/2018

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE