UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00160-JAD-VCF-3 |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| AQUAIL JAMAR HARRIS, | |
| Defendant. | |

Based on the stipulation and good cause appearing;

IT IS ORDERED that the Status Conference hearing currently scheduled for Tuesday, July 29, 2025, at 11:30 a.m., be vacated and continued to August 25, 2025, at the hour of 11:00 a.m.

DATED this 21st day of July 2025.

_____
UNITED STATES DISTRICT JUDGE

3